**EXHIBIT 1**



**MudTech Services LP**
*1030 Regional Park Dr.*
Houston, TX  77060
281-951-4330

# INVOICE

**Inv #:** 18865
**Date:** April 30, 2013

**BILL TO:**
Oilfield Technical Advisors, LP
1030 Regional Park Dr
Houston, TX  77060

**CONSULTANT:** Curtis Richard

| | |
|---|---|
| Due Date: 4/30/2013 | Customer ID: M-OTA001 |
| Terms: | Sales Person: Ron Wolfe |

| | |
|---|---|
| AFE #: 01.04638.03 | Billing Operator: Halliburton Midland |
| CONSULTANT:: Curtis Richard | County/Par/St/Ctry: Schleicher County TX |
| Customer: Devon Energy | Dates Worked: 4/29/13 - 4/30/13 |
| Invoice Number: TSO 900416424 | Job Type: Land |
| Location: Barnhart TX | Requisitioner: SCasey |
| Rig: Cactus 138 | Well Name: University 52-24 5H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 2 | 850.00 | 1,700.00 |
| Mileage | MILES | 620 | 0.555 | 344.10 |
| Per Diem | DAYS | 2 | 35.00 | 70.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct#
ABA#
Swift Address:

| | |
|---|---|
| Subtotal: | 2,114.10 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 2,114.10 USD |

MudTech [Richards] 001039

## CONSULTANT INVOICE INFORMATION

**Email the completed Invoice Template to**
invoices@mudtechservices.com

| | |
|---|---|
| Name | Curtis Richard |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | REDACTED |
| Telephone Number | |
| Email Address | |
| Date | April 30, 2013 |
| Invoice Number | 900416424 |
| Operator | Halliburton |
| Billing Operator | Halliburton |
| Well Name & Number | University 52-24 5H |
| Location | Burnhart, TX |
| County/Parish/State/Country | Schleicher/TX/US |
| AFE Number | 01.04638.03 |
| Work Order Number | 900416424 |
| Dates Worked | 4/29/13 - 4/30/13 |
| Date & Time Arrived Location/Rig | 4/29/13 @ 8am |
| Date & Time Departed Location/Rig | 4/30/13 @ 8am |

| Number of Days/Miles | | Rates | |
|---|---|---|---|
| Worked | 2 | $ | 650.00 |
| Mileage | 620 | $ | 0.55 |
| Per Diem | 2 | $ | 35.00 |
| Computer / Printer | | $ | - |
| Cell Phone | | $ | - |
| Fax Machine | | $ | - |
| Mud Kit | | $ | - |
| Mud Equipment | | $ | - |
| | | $ | - |

<== Please contac
<== The yellow bla

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001040



1030 Regional Park Drive ~ Houston, Texas 77060-3497
Phone (281) 951-4356 ~ Fax (281) 951-4341

# Engineering Ticket

| Consultant Name: | Curtis Richard |
| --- | --- |
| Consultant Address: | N/A |
| | N/A , N/A  N/A |

Telephone Number:
Social Security #:

| MTS Operator | Well Name & No. | Date | Number |
| --- | --- | --- | --- |
| Halliburton (Midland) | University 52-24 5H | 6/2/2016 | TSO 900416424 |
| Billing Operator | Location | County/Parish/State/Country | Job Type |
| Devon Energy | Barnhart TX | Schleicher County TX | Land |
| AFE Number | Work Order/Routing Code | Dates Worked | |
| 01.04638.03 | | 4/29/2013 | 4/30/2013 |
| Date & Time Arrived Location/Rig | | Date & Time Departed Location/Rig | |
| Monday, April 29, 2013 | | Tuesday, April 30, 2013 | |

| Description | | Total | |
| --- | --- | --- | --- |
| Number of Days Worked | 2.00  x $650.00  /Per Day | | $1,300.00 |
| Training Day | 0.00  x $0.00  /Per Day | | $0.00 |
| Drive - By Rate | 0.00  x $0.00  /Per Day | | $0.00 |
| Stand By | 0.00  x $0.00  /Per Day | | $0.00 |
| Travel | 0.00  x $0.00  /Per Day | | $0.00 |
| Additional Rig | 0.00  x $0.00  /Per Day | | $0.00 |

| Mileage | 620.00  Miles @ | 0.555 | $344.10 |
| --- | --- | --- | --- |
| Per Diem | 2.00  Days @ | $35.00 | $70.00 |
| Cell Phone | 0.00  Days @ | $0.00 | $0.00 |
| Computer / Printer | 0.00  Days @ | $0.00 | $0.00 |
| Bonus | 0.00  @ | $0.00 | $0.00 |
| Safety | 0.00  @ | $0.00 | $0.00 |
| | | | |
| | | | |
| **Re-Bill Halliburton (Midland)** | | | |
| Expenses*: | SEE ATTACHED EXPENSE STATEMENT | | $0.00 |
| | | Total Invoice / Expenses | $1,714.10 |
| | | Credit Statement | $0.00 |
| | | Total Invoice Expenses Credits | $1,714.10 |

**MudTech [Richards] 001043**