# EXHIBIT A

# CONSULTANT INVOICE INFORMATION

**Email the completed Invoice Template to**
invoices@mudtechservices.com

| | |
|---|---|
| Name | Curtis Richard |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |
| Date | April 30, 2013 |
| Invoice Number | 900431283 |
| Operator | Halliburton |
| Billing Operator | Halliburton |
| Well Name & Number | University 52-24 5H |
| Location | Burnhart, TX |
| County/Parish/State/Country | Schleicher/TX/US |
| AFE Number | 01.04638.03 |
| Work Order Number | 900431283 |
| Dates Worked | 5/1/13 - 5/10/13 |
| Date & Time Arrived Location/Rig | 5/1/13 @ 8am |
| Date & Time Departed Location/Rig | 5/10/13 @ 8am |

| Number of Days/Miles | | Rates | |
|---|---|---|---|
| Worked | 10 | $ | 650.00 |
| Mileage | | $ | 0.55 |
| Per Diem | 10 | $ | 35.00 |
| Computer / Printer | | $ | - |
| Cell Phone | | $ | - |
| Fax Machine | | $ | - |
| Mud Kit | | $ | - |
| Mud Equipment | | $ | - |
| | | $ | - |

<== Please contac
<== The yellow bla

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001046

# CONSULTANT INVOICE INFORMATION

| | |
|---|---|
| Email the completed Invoice Template to invoices@mudtechservices.com | |

| | |
|---|---|
| Name | Curtis Richard |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | January 15, 2014 |
| Invoice Number | 901021827 |
| Operator | Halliburton |
| Billing Operator | Halliburton |
| Well Name & Number | University 52-23 5H |
| Location | Burnhart, TX |
| County/Parish/State/Country | Crockett/TX/US |
| AFE Number | 01.04638.03 |
| Work Order Number | 901021827 |
| Dates Worked | 1/1/14 - 1/4/14 |
| Date & Time Arrived Location/Rig | 1/1/14 @ 8am |
| Date & Time Departed Location/Rig | 1/4/14 @ 8am |

| Number of Days/Miles | | Rates | | |
|---|---|---|---|---|
| Worked | 4 | $ | 650.00 | <== Please contac' |
| Mileage | 610 | $ | 0.55 | |
| Per Diem | 4 | $ | 35.00 | |
| Computer / Printer | | $ | - | |
| Cell Phone | | $ | - | |
| Fax Machine | | $ | - | <== The yellow bla |
| Mud Kit | | $ | - | |
| Mud Equipment | | $ | - | |
| | | $ | - | |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001266

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| | |
|---|---|
| Name | El Rey DMG Inc. |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | April 15, 2013 |
| Invoice Number | 2039 |

| | |
|---|---|
| Operator | MI Swaco |
| Billing Operator | Chevron Corporation |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | SJ 1118H, McManus 229, KCL-2 219R, Rasmussen |
| Location | Kern River |
| County/Parish/State/Country | Kern County, California, USA |
| AFE Number | Logit #'s 167873, 168231, 168406, 168551 |
| Work Order Number | |
| Dates Worked | 4/2/2013 — 4/15/2013 |
| Date & Time Arrived Location/Rig | Tuesday, April 02, 2013 |
| Date & Time Departed Location/Rig | Monday, April 15, 2013 |
| Travel Day Billing This Pay Period — To The Rig | Monday, April 01, 2013 |
| Travel Day Billing This Pay Period — Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 14 | $ 625.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | 1 | $ 625.00 |
| Mileage | | $ - |
| Per Diem | 14 | $ 25.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - MI Swaco | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 – Fax: (281) 951-4341

MudTech [Richards] 000176

## CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| | |
|---|---|
| Name | El Rey DMG Inc. |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | May 31, 2013 |
| Invoice Number | 2042 |

| | | |
|---|---|---|
| Operator | MI Swaco | |
| Billing Operator | Chevron Corporation | |
| Job Type (Land / Offshore) | Land | |
| Well Name & Number | Calex 33H, Sycamore 117H | |
| Location | Kern River | |
| County/Parish/State/Country | Kern County, California, USA | |
| AFE Number | Logit #'s, 171158, 171641 | |
| Work Order Number | | |
| Dates Worked | 5/27/2013 | 5/31/2013 |
| Date & Time Arrived Location/Rig | Tuesday, May 28, 2013 | |
| Date & Time Departed Location/Rig | Friday, May 31, 2013 | |
| Travel Day Billing This Pay Period | To The Rig | Monday, May 27, 2013 |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 4 | $ 625.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | 1 | $ 625.00 |
| Mileage | | $ - |
| Per Diem | 4 | $ 25.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - MI Swaco | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone (281) 951-4356 – Fax (281) 951-4341

MudTech [Richards] 000194

# CONSULTANT INVOICE INFORMATION

| | |
|---|---|
| Email the completed Invoice Template to scasey@mudtechservices | |

| | |
|---|---|
| Name | El Rey DMG Inc. |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | May 28, 2014 |
| Invoice Number | 2068 |

| | |
|---|---|
| Operator | MI Swaco |
| Billing Operator | Vintage Prod & Chevron Corp |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | Betty Boop 31H, Purple Tiger 210H, Davis 29H |
| Location | Rose Field & Kern River |
| County/Parish/State/Country | Kern County, California, USA |
| AFE Number | Logit #'s 198669, Pending & Pending |
| Work Order Number | |
| Dates Worked | 5/16/2014 — 5/28/2014 |
| Date & Time Arrived Location/Rig | Friday, May 16, 2014 |
| Date & Time Departed Location/Rig | Thursday, May 29, 2014 |

| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 13 | $ 750.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | | $ - |
| Mileage | | $ - |
| Per Diem | 13 | $ 25.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - MI Swaco | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 000410

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| | |
|---|---|
| Name | El Rey DMG Inc. |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | November 24, 2014 |
| Invoice Number | 2080 |

| | | |
|---|---|---|
| Operator | Vintage Production | |
| Billing Operator | MI Swaco | |
| Job Type (Land / Offshore) | Land | |
| Well Name & Number | 74-11P | |
| Location | Kettleman North Dome | |
| County/Parish/State/Country | Kings County, California USA | |
| AFE Number | Logit #213072 | |
| Work Order Number | | |
| Dates Worked | 11/16/2014 | 11/24/2014 |
| Date & Time Arrived Location/Rig | Sunday, November 16, 2014 | |
| Date & Time Departed Location/Rig | | |
| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 9 | $ 750.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | | $ - |
| Mileage | | $ - |
| Per Diem | 9 | $ 25.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Vintage Production | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

**Mud Tech Services**
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 000512

# CONSULTANT INVOICE INFORMATION

| | |
|---|---|
| Email the completed Invoice Template to scasey@mudtechservices | |

| | |
|---|---|
| Name | Zack Horner |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | October 1, 2014 |
| Invoice Number | 1 |

| | |
|---|---|
| Operator | GLB Exploration Inc |
| Billing Operator | GLB Exploration Inc |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | Roller 1-36H |
| Location | Midwest City, OK |
| County/Parish/State/Country | Oklahoma/OK/USA |
| AFE Number | 110413 |
| Work Order Number | API# 109 22429 |
| Dates Worked | 9/16, 9/21/14 — 9/30/2014 |
| Date & Time Arrived Location/Rig | 9/21/2014 8am |
| Date & Time Departed Location/Rig | 9/29/2014 8am |

| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 11 | $ 300.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | | $ - |
| Mileage | | $ - |
| Per Diem | | $ - |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - GLB Exploration Inc | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 000537

# CONSULTANT INVOICE INFORMATION

| | |
|---|---|
| | Email the completed Invoice Template to scasey@mudtechservices |

| | |
|---|---|
| Name | Zack Horner |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | January 16, 2015 |
| Invoice Number | 8 |

| | | |
|---|---|---|
| Operator | Cimarex Energy | |
| Billing Operator | Cimarex Energy | |
| Job Type (Land / Offshore) | Land | |
| Well Name & Number | Sherwood 1-31H | |
| Location | Geary, OK | |
| County/Parish/State/Country | Oklahoma/OK/USA | |
| AFE Number | 265054 | |
| Work Order Number | API# 35-017-24731 | |
| Dates Worked | 1/1-1/5 | 1/13-1/15 |
| Date & Time Arrived Location/Rig | 1/1/2015 & 1/13/2015 | |
| Date & Time Departed Location/Rig | Tuesday, January 06, 2015 | |
| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 5 | $ 800.00 |
| Training Day | 3 | $ 560.00 |
| Stand- By Rate | | |
| Travel Day | | $ - |
| Mileage | 460 | $ 0.56 |
| Per Diem | 8 | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Cimarex Energy | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 000589

# CONSULTANT INVOICE INFORMATION

e completed Invoice Template to                                           TABS :

| | |
|---|---|
| Name | David Petersen |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |
| Date | Jun 30, 2013 |
| Invoice Number | 2013 June 30 |
| Operator | MI-chevron |
| Billing Operator | |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | Training |
| Location | Bakersfield |
| County/Parish/State/Country | California |
| AFE Number | Training |
| Work Order Number | |
| Dates Worked | Jun 25, 2012 — Jun 30, 2012 |
| Date & Time Arrived Location/Rig | Jun 25, 2012 |
| Date & Time Departed Location/Rig | Jun 30, 2012 |
| Travel Day Billing This Pay Period — To The Rig | |
| Back Home | |

| Description | 0 | Rates |
|---|---|---|
| Worked | 0 | $ 600.00 |
| Training Day | (3) | $ (450.00) |
| Stand- By Rate | 0 | $ 200.00 |
| Travel Day | 0 | $ 750.00  52 |
| Mileage | 0 66 | $ 0.56 |
| Per Diem | 3 | $ 25.00 |
| Cell Phone | 0 | $ - |
| Computer w/Printer | 0 | $ - |
| Mud Kit | 0 | $ - |
| Other Equipment | 0 | $ - |
| Bonus | 0 | $ - |
| Re-Bill - | | MI-chevron |

1

MudTech [Richards] 000749

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to

| | |
|---|---|
| Name | David Petersen |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Number | |
| Email Address | |

| | | |
|---|---|---|
| Date | Apr 30, 2014 | |
| Invoice Number | 2014 April 30 | |
| Operator | Chevron | |
| Billing Operator | | |
| Job Type (Land / Offshore) | Land | |
| Well Name & Number | 36W 11-11B | 36W 10-11C |
| Location | Sec 36 T29S R21E | |
| County/Parish/State/Country | Kern co, California | |
| AFE Number | UWW NN R 3711-CAP | UWW NN R 371. |
| Work Order Number | | |
| Dates Worked | Apr 16, 2014 | Apr 30, 2014 |
| Date & Time Arrived Location/Rig | | Apr 16, 2014 |
| Date & Time Departed Location/Rig | | Apr 30, 2014 |
| Travel Day Billing This Pay Period — To The Rig | | |
| Back Home | | |

| Description | 0 | Rates |
|---|---|---|
| Worked | 9 | $ 600.00 |
| Training Day | 0 | $ 450.00 |
| Stand- By Rate | 0 | $ 200.00 |

1

| | | | |
|---|---|---|---|
| Travel Day | | 0 | $ 750.00 |
| Mileage | | 344 | $ 0.52 |
| Per Diem | | 9 | $ 25.00 |
| Cell Phone | | 0 | $ - |
| Computer w/Printer | | 0 | $ - |
| Mud Kit | | 0 | $ - |
| Other Equipment | | 0 | $ - |
| Bonus | | 0 | $ - |
| Re-Bill - | Chevron | | |
| Flight | | 0 | $ - |
| Hotel | | 0 | $ - |
| Rental Car | | 0 | $ - |

2|

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| | |
|---|---|
| Name | Ronny Roseman |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | | |
|---|---|---|
| Date | November 15, 2014 | |
| Invoice Number | #2  2014 | |
| Operator | Conoco- Phillips | |
| Billing Operator | MI-Swaco | |
| Job Type (Land / Offshore) | Land | |
| Well Name & Number | 2N-319A | |
| Location | Kuparuk River Unit | |
| County/Parish/State/Country | North Slope, Alaska | |
| AFE Number | 10360209 | |
| Work Order Number | | |
| Dates Worked | 10/31/2014 | 11/15/2014 |
| Date & Time Arrived Location/Rig | 10/31/2014  7:30  Beacon/Kuparuk | |
| Date & Time Departed Location/Rig | | |
| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 16 | $ 750.00 |
| Training Day | | $ - |
| Stand- By Rate | | $ - |
| Travel Day | | $ - |
| Mileage | | $ - |
| Per Diem | | $ - |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ |
| Re-Bill - Conoco- Phillips | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

**Mud Tech Services**
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001308

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| | |
|---|---|
| Name | Chad Stephens |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | October 20, 2014 |
| Invoice Number | 1 |

| | |
|---|---|
| Operator | Ranger Oil & Gas |
| Billing Operator | Universal Fluids |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | Samkat #9H |
| Location | |
| County/Parish/State/Country | Dimmit County / Texas |
| AFE Number | 42-427-36232 |
| Work Order Number | |
| Dates Worked | 10/15/2014 — 10/24/2014 |
| Date & Time Arrived Location/Rig | 10/15/2014 @ 9:30 |
| Date & Time Departed Location/Rig | |

| Travel Day Billing This Pay Period | To The Rig | Wednesday, October 15, 2014 |
|---|---|---|
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 9 | $ 700.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | | |
| Mileage | 1259 | $ 0.55 |
| Per Diem | 9 | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Ranger Oil & Gas | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

# CONSULTANT INVOICE INFORMATION

| | |
|---|---|
| Email the completed Invoice Template to scasey@mudtechservices | |

| | |
|---|---|
| Name | Dale Bradley Thornton |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | February 10, 2015 |
| Invoice Number | 2 |

| | |
|---|---|
| Operator | Eagle Rock |
| Billing Operator | Halliburton |
| Job Type (Land / Offshore) | Land, Mud Engineer |
| Well Name & Number | Brown 1-29 |
| Location | Cactus 134 |
| County/Parish/State/Country | Pocasset OK |
| AFE Number | 5123906 |
| Work Order Number | |
| Dates Worked | 1/27/2014     2/9/2015 |
| Date & Time Arrived Location/Rig | Monday, January 27, 2014 |
| Date & Time Departed Location/Rig | Tuesday, February 10, 2015 |

| Travel Day Billing This Pay Period | To The Rig | |
| | Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 14 | $ 550.00 |
| Training Day | | $ 775.00 |
| Stand- By Rate | | $ 775.00 |
| Worked 2 Rigs | | $ 875.00 |
| Mileage | 2634 | $ 0.55 |
| Per Diem | 14 | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Eagle Rock | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001656

## CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| Field | Value |
|---|---|
| Name | Michael E Tompkins |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |
| Date | 7/23/13/ |
| Invoice Number | 3 |
| Operator | Chevron |
| Billing Operator | MI/Swaco |
| Job Type (Land / Offshore) | land |
| Well Name & Number | BL15 SJ 789 SJ 797 |
| Location | Kern River |
| County/Parish/State/Country | Kern River |
| AFE Number | |
| Work Order Number | S 178171 |
| Dates Worked | 7/2/13-7/15/13 |
| Date & Time Arrived Location/Rig | Tuesday, July 02, 2013 |
| Date & Time Departed Location/Rig | Tuesday, July 16, 2013 |
| Travel Day Billing This Pay Period — To The Rig | |
| Travel Day Billing This Pay Period — Back Home | Tuesday, July 16, 2013 |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 14 | $ 600.00 |
| Training Day | | $ - |
| Stand- By Rate | | $ - |
| Travel Day | 1 | $ 600.00 |
| Mileage | | $ - |
| Per Diem | 14 | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Chevron | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001702

## CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| Field | Value |
|---|---|
| Name | Michael E Tompkins |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| Field | Value |
|---|---|
| Date | July 17, 2014 |
| Invoice Number | 24 |

| Field | Value |
|---|---|
| Operator | Cheveron |
| Billing Operator | MI/Swaco |
| Job Type (Land / Offshore) | land |
| Well Name & Number | Cymric FMF |
| Location | MC Kitrick |
| County/Parish/State/Country | KERN |
| AFE Number | UWWNND3006 DO1 |
| Work Order Number | S 215620 |
| Dates Worked | 6/15-6/30/14 |
| Date & Time Arrived Location/Rig | Tuesday, June 17, 2014 |
| Date & Time Departed Location/Rig | Monday, June 30, 2014 |

| Travel Day Billing This Pay Period | | |
|---|---|---|
| | To The Rig | Sunday, June 15, 2014 |
| | Back Home | Tuesday, July 01, 2014 |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 14 | $ 600.00 |
| Training Day | 1 | $ 450.00 |
| Stand- By Rate | | $ 450.00 |
| Travel Day | 1 | $ 600.00 |
| Mileage | | $ - |
| Per Diem | 14 | $ 35.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Cheveron | | |
| Flight | | $ - |
| Hotel | | $ - |
| Rental Car | | $ - |

Mud Tech Services
Phone: (281) 951-4356 ~ Fax: (281) 951-4341

MudTech [Richards] 001825

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to
scasey@mudtechservices

| | |
|---|---|
| Name | Bruce Barnard |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |

| | |
|---|---|
| Date | September 1, 2014 |
| Invoice Number | 3 |

| | |
|---|---|
| Operator | Chevron |
| Billing Operator | |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | Chevron Wells and Kern River FMF |
| Location | Coalinga and Bakersfield |
| County/Parish/State/Country | Fresno and Kern County, CA, USA |
| AFE Number | |
| Work Order Number | |
| Dates Worked | 7/8/2014 — 7/31/2014 |
| Date & Time Arrived Location/Rig | Tuesday, July 08, 2014 |
| Date & Time Departed Location/Rig | Thursday, July 31, 2014 |
| Travel Day Billing This Pay Period — To The Rig | Monday, July 07, 2014 |
| Travel Day Billing This Pay Period — Back Home | |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 24 | $ 635.00 |
| Training Day | | $ - |
| Stand-By Rate | | $ - |
| Travel Day | 1 | $ 635.00 |
| Mileage | 1378 | $ 0.56 |
| Per Diem | 25 | $ 25.00 |
| Cell Phone | | $ - |
| Computer w/Printer | | $ - |
| Mud Kit | | $ - |
| Other Equipment | | $ - |
| Bonus | | $ - |
| Re-Bill - Chevron | | |
| Flight | | $ - |
| Hotel | | $ 43.68 |
| Rental Car | | $ - |

**Mud Tech Services**
Phone: (281) 951-4356 – Fax: (281) 951-4341

MudTech [Richard] 003943

# CONSULTANT INVOICE INFORMATION

Email the completed Invoice Template to scasey@mudtechservices

| | |
|---|---|
| Name | Rocky C Aubin |
| Street Address | |
| City, State, Zip Code | |
| Social Security # | |
| Telephone Number | |
| Email Address | |
| Date | February 16, 2014 |
| Invoice Number | 4005 |
| Operator | MI Swaco |
| Billing Operator | Buccaneer Alaska |
| Job Type (Land / Offshore) | Land |
| Well Name & Number | West Eagle Unit #1 |
| Location | West Eagle |
| County/Parish/State/County | Kenai |
| AFE Number | WE 0101 |
| Work Order Number | |
| Dates Worked | Feb 1,2,3,4,5,6,7,8,9,1 |
| Date & Time Arrived Location/Rig | Saturday, January 18, 14 |
| Date & Time Departed Location/Rig | Still on Rig |
| Travel Day Billing This Pay Period | To The Rig: Saturday, December 30, 99 / Back Home: Saturday, December 30, 99 |

| Description | # Days/Miles | Rates |
|---|---|---|
| Worked | 15 | $750.00 |
| Training Day | 0 | $0.00 |
| Stand-By Rate | 0 | $0.00 |
| Travel Day | 0 | $0.00 |
| Mileage | 0 | $0.00 |
| Per Diem | 15 | $30.00 |
| Cell Phone | 0 | $0.00 |
| Computer w/Printer | 0 | $0.00 |

# Instructions for the Invoice Template

TABS : "Input Sheet - START HERE" & "Invoice - PROTECTED"

This worksheet onto this sheet not change the the template, p

TAB :"Time She
Fill these out w
have any exper

when your invoice is submitted to sc