# EXHIBIT B



**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 18957
Date: May 15, 2013

**BILL TO:**
Oilfield Technical Advisors, LP
1030 Regional Park Dr
Houston, TX 77060

**CONSULTANT** Curtis Richard

| | |
|---|---|
| Due Date: 5/15/2013 | Customer ID: M-OTA001 |
| Terms: | Sales Person: Ron Wolfe |

| | |
|---|---|
| AFE #: 01.4638.03 | Billing Operator: Halliburton Midland |
| CONSULTANT:: Curtis Richard | County/Par/St/Ctry: Schleicher County TX |
| Customer: Devon Energy | Dates Worked: 5/1/13 - 5/10/13 |
| Invoice Number: TSO 900431283 | Job Type: Land |
| Location: Barnhart TX | Requisitioner: SCasey |
| Rig: Cactus 138 | Well Name: University 52-24 5H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 10 | 850.00 | 8,500.00 |
| Per Diem | DAYS | 10 | 35.00 | 350.00 |

WE APPRECIATE YOUR BUSINESS!
WIRING INSTRUCTIONS
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 8,850.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,850.00 USD |

MudTech [Richards] 001045

# MudTech Services LP
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 18813
Date: April 15, 2013

**BILL TO:**
MI Swaco (CA)
ATTN: Accounts Payable
725 Pacific Avenue
Oxnard, CA 93030

**CONSULTANT** Joel Elizondo

| | |
|---|---|
| Due Date: | 4/15/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-MISW001 |
| Sales Person: | Ron Wolfe |

Billing Operator: MI Swaco Ca
County/Par/St/Ctry: Kern County CA
Dates Worked: 4/2-7/13, 4/8-10/13, 4/11/13, 4/12-15/13
Job Type: Land
Requisitioner: SCasey
Well Name: SJ 1118h, McMANUS 229, KCL-2219R, RASMUSSEN 410H

CONSULTANT:: Joel Elizondo
Customer: Chevron
Invoice Number: 194474
Location: Kern County CA
Rig: Nabors 1070

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 800.00 | 11,200.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 800.00 | 800.00 |
| Baggage Fee | EA | 1 | 60.00 | 60.00 |
| Fuel for Rental | EA | 1 | 96.80 | 96.80 |
| Fuel/Carwash for Rental | EA | 1 | 15.19 | 15.19 |
| Baggage Fee | EA | 1 | 60.00 | 60.00 |
| Rental | EA | 1 | 1,328.58 | 1,328.58 |

WE APPRECIATE YOUR BUSINESS!
WIRING INSTRUCTIONS
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 13,910.57 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 13,910.57 USD |

MudTech [Richards] 000172



**MudTech Services LP**  
1030 Regional Park Dr.  
Houston, TX 77060  
281-951-4330

# INVOICE

Inv #: 19012  
Date: May 31, 2013

**BILL TO:**  
MI Swaco (CA)  
ATTN: Accounts Payable  
725 Pacific Avenue  
Oxnard, CA 93030

**CONSULTANT** Joel Elizondo

| | |
|---|---|
| Due Date: | 5/31/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-MISW001 |
| Sales Person: | Ron Wolfe |

Billing Operator: MI Swaco CA  
County/Par/St/Ctry: Kern County CA  
Dates Worked: 5/27/13 - 5/31/13 (1 travel day)  
Job Type: Land  
Requisitioner: SCasey  
Well Name: Calex 33H, Sycamore 117H

CONSULTANT:: Joel Elizondo  
Customer: Chevron  
Invoice Number: 206927  
Location: Kern River CA  
Rig: Nabors 1070

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 4 | 800.00 | 3,200.00 |
| Per Diem | DAYS | 4 | 25.00 | 100.00 |
| Travel Day | DAYS | 1 | 800.00 | 800.00 |
| Fule for Rental | EA | 1 | 80.25 | 80.25 |
| Baggage Fee | EA | 1 | 60.00 | 60.00 |
| Baggage Fee | EA | 1 | 25.00 | 25.00 |
| Fuel for Rental | EA | 1 | 31.50 | 31.50 |

WE APPRECIATE YOUR BUSINESS!  
**WIRING INSTRUCTIONS**  
COMPASS - Operating  
Acct# 0014696474  
ABA# 113010547  
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 4,296.75 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 4,296.75 USD |

MudTech [Richards] 000191

# MudTechServices

**MudTech Services LP**  
1030 Regional Park Dr.  
Houston, TX 77060  
281-951-4330

# INVOICE

Inv #: 22208  
Date: May 31, 2014

**BILL TO:**  
New Tech Global Ventures

**CONSULTANT** Joel Elizondo

Due Date: 5/31/2014  
Terms:

Customer ID: M-NTGV001  
Sales Person: Ron Wolfe

Billing Operator: MI Swaco CA  
County/Par/St/Ctry: Kern County CA  
Dates Worked: 5/16/14 - 5/28/14  
Job Type: Land  
Rig: H & P 236, Nabors 1070

CONSULTANT:: Joel Elizondo  
Customer: Vintage & Chevron  
Invoice Number: 213857, 213858  
Location: Kern County CA  
Well Name: Betty Boop 31H, Purple 210H, Davis 29H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 13 | 900.00 | 11,700.00 |
| Per Diem | DAYS | 13 | 25.00 | 325.00 |
| Fuel for Rental | EA | 1 | 103.00 | 103.00 |
| Fuel for Rental | EA | 1 | 26.00 | 26.00 |
| Car Wash/Rental | EA | 1 | 9.00 | 9.00 |
|  | EA | 1 | 2,747.76 | 2,747.76 |

WE APPRECIATE YOUR BUSINESS!  
**WIRING INSTRUCTIONS**  
COMPASS - Operating  
Acct# 0014696474  
ABA# 113010547  
Swift Address: CPASUS44

Subtotal: 14,910.76  
Insurance Adj: 0.00  
Tax: 0.00  
Total: 14,910.76 USD

MudTech [Richards] 000407

**MudTechServices**

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 23914
Date: November 24, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Joel Elizondo

| | |
|---|---|
| Due Date: 11/24/2014 | Customer ID: M-NTGV001 |
| Terms: | Sales Person: Ron Wolfe |

| | |
|---|---|
| Billing Operator: MI Swaco CA | CONSULTANT:: Joel Elizondo |
| County/Par/St/Ctry: Kings County, CA | Customer: Chevron, Vintage Production |
| Dates Worked: 11/16/2014 - 11/24/2014 | Invoice Number: 220126 |
| Job Type: Land | Location: Kings County, CA |
| Well Name: 74-11P | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 9 | 900.00 | 8,100.00 |
| Per Diem | DAYS | 9 | 25.00 | 225.00 |
| Fuel | EA | 1 | 66.00 | 66.00 |
| Rental | EA | 1 | 3,670.82 | 3,670.82 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 12,061.82 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 12,061.82 USD |

MudTech [Richards] 000510

**MudTech**Services

**MudTech Services LP**
*1030 Regional Park Dr.*
Houston, TX 77060
281-951-4330

# INVOICE

| | |
|---|---|
| Inv #: | 23428 |
| Date: | September 30, 2014 |

**BILL TO:**
Oilfield Technical Advisors, LP
1030 Regional Park Dr
Houston, TX 77060

**CONSULTANT** Zack Horner

| | | | | |
|---|---|---|---|---|
| Due Date: | 9/30/2014 | | Customer ID: | M-OTA001 |
| Terms: | | | Sales Person: | Ron Wolfe |

| | | | |
|---|---|---|---|
| AFE #: | 110413 | Billing Operator: | Halliburton OK |
| CONSULTANT:: | Zachary Horner | County/Par/St/Ctry: | Oklahoma County OK |
| Customer: | GLB Exploration | Dates Worked: | 9/16/14 - 9/30/14 (Spud Meeting,training,drive by' |
| Job Type: | Drive by | Location: | Midwest City OK |
| Rig: | Winter Creek #5 | Well Name: | Roller 1-36H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 13 | 375.00 | 4,875.00 |
| Mileage | MILES | 350 | 0.555 | 194.25 |
| Per Diem | DAYS | 13 | 35.00 | 455.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 5,524.25 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,524.25 USD |

MudTech [Richards] 000534

**MudTech**Services

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 24369
Date: January 15, 2015

**BILL TO:**
Oilfield Technical Advisors, LP
1030 Regional Park Dr
Houston, TX 77060

**CONSULTANT** Zack Horner

Due Date: 1/15/2015
Terms:

Customer ID: M-OTA001
Sales Person: Ron Wolfe

AFE #: 265054
CONSULTANT:: Zackary Horner
Customer: Cimarex Energy
Job Type: Land
Well Name: Sherwood 1-31H

Billing Operator: Halliburton OK
County/Par/St/Ctry: Oklahoma County OK
Dates Worked: 1/13/15 - 1/15/15
Location: Geary OK

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 3 | 700.00 | 2,100.00 |
| Mileage | MILES | 460 | 0.56 | 257.60 |
| Per Diem | DAYS | 3 | 35.00 | 105.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

Subtotal: 2,462.60
Insurance Adj: 0.00
Tax: 0.00

Total: 2,462.60 USD

MudTech [Richards] 000588

**MudTech**Services

**MudTech Services LP**
*1030 Regional Park Dr.*
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: **22023**
Date: **April 30, 2014**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** David Petersen

Due Date: 4/30/2014
Terms:

Customer ID: M-NTGV001
Sales Person: Ron Wolfe

AFE #: UWW NN R 3711-CAP, 3714
CONSULTANT:: David Petersen
Customer: Chevron
Invoice Number: 214008, 214009
Location: Kern County CA
Well Name: 36W 11-11B, 36W 10-11C

Billing Operator: MI Swaco CA
County/Par/St/Ctry: Kern County CA
Dates Worked: 4/16-18/14, 4/21-25/14, 4/30/14
Job Type: Land
Rig: Nabors 1185

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 9 | 800.00 | 7,200.00 |
| Mileage | MILES | 344 | 0.52 | 178.88 |
| Per Diem | DAYS | 9 | 25.00 | 225.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

Subtotal: 7,603.88
Insurance Adj: 0.00
Tax: 0.00
Total: 7,603.88 USD

MudTech [Richards] 000883

# MudTech Services LP

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 19319
Date: June 30, 2013

**BILL TO:**
MI Swaco (CA)
ATTN: Accounts Payable
725 Pacific Avenue
Oxnard, CA 93030

**CONSULTANT** David Petersen

| | |
|---|---|
| Due Date: 6/30/2013 | Customer ID: M-MISW001 |
| Terms: Due On Receipt | Sales Person: Ron Wolfe |

| | |
|---|---|
| Billing Operator: MI Swaco CA | CONSULTANT:: David Petersen |
| County/Par/St/Ctry: Kern County CA | Customer: MI Swaco, Chevron |
| Dates Worked: 6/25/13 - 6/27/13 (Training) | Invoice Number: 206501 |
| Job Type: Land | Location: Bakersfield CA |
| Requisitioner: SCasey | Well Name: N/A |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 3 | 600.00 | 1,800.00 |
| Mileage | MILES | 66 | 0.52 | 34.32 |
| Per Diem | DAYS | 3 | 25.00 | 75.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 1,909.32 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 1,909.32 USD |

MudTech [Richards] 000748

**MudTechServices**

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 23842
Date: November 15, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Ronny Roseman

| | |
|---|---|
| Due Date: 11/15/2014 | Customer ID: M-NTGV001 |
| Terms: Due On Receipt | Sales Person: Ron Wolfe |

AFE #: 10360209
CONSULTANT:: Ronny Roseman
Customer: Conoco Phillips
Job Type: Land
Well Name: 2N-319A

Billing Operator: MI Swaco AK
County/Par/St/Ctry: North Slope AK
Dates Worked: 10/31/14 - 11/15/14
Location: Kuparuk River Unit AK

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 16 | 1,000.00 | 16,000.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

Subtotal: 16,000.00
Insurance Adj: 0.00
Tax: 0.00

Total: 16,000.00 USD

MudTech [Richards] 001306

**MudTechServices**

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 23631
Date: October 24, 2014

**BILL TO:**
Universal Fluid Services LLC
ATT: Accounts Payable
2950 North Loop W
Ste 500
Houston, TX 77092-8830

**CONSULTANT** Chad Stephens

| | |
|---|---|
| Due Date: | 10/24/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-UNIV001 |
| Sales Person: | Ron Wolfe |

| | | | |
|---|---|---|---|
| AFE #: | 42-427-36232 | Billing Operator: | Universal Fluid Services |
| CONSULTANT:: | Chad Stephens | County/Par/St/Ctry: | Dimmit County TX |
| Customer: | Ranger Oil & Gas | Dates Worked: | 10/15/14 - 10/24/14 |
| Job Type: | Land | Location: | Dimmit County TX |
| Well Name: | Samkat #9H | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 9 | 950.00 | 8,550.00 |
| Mileage | MILES | 1259 | 0.555 | 698.75 |
| Per Diem | DAYS | 9 | 35.00 | 315.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | | |
|---|---|---|
| Subtotal: | 9,563.75 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 9,563.75 | USD |

MudTech [Richards] 001352

**MudTech**Services

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 24494
Date: February 9, 2015

**BILL TO:**
Oilfield Technical Advisors, LP
1030 Regional Park Dr
Houston, TX 77060

**CONSULTANT** Dale Thornton

Due Date: 2/9/2015
Terms:

Customer ID: M-OTA001
Sales Person: Ron Wolfe

| | |
|---|---|
| AFE #: 14202024-1 | Billing Operator: Halliburton OK |
| CONSULTANT:: Bradley Thornton | County/Par/St/Ctry: Grady County OK |
| Customer: Eagle Rock Energy | Dates Worked: 1/27/15 - 2/9/15 |
| Invoice Number: TSO 902126956 | Job Type: Land |
| Location: Bradley OK | Rig: Cactus 134 |
| Well Name: Brown 1-29 | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 678.00 | 9,492.00 |
| Mileage | MILES | 2634 | 0.56 | 1,475.04 |
| Per Diem | DAYS | 14 | 35.00 | 490.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 11,457.04 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 11,457.04 USD |

MudTech [Richards] 001655

**MudTechServices**

**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: **19501**
Date: **July 15, 2013**

**BILL TO:**
MI Swaco (CA)
ATTN: Accounts Payable
725 Pacific Avenue
Oxnard, CA 93030

**CONSULTANT** Michael Tompkins

| | |
|---|---|
| Due Date: | 7/15/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-MISW001 |
| Sales Person: | Ron Wolfe |

Billing Operator: MI Swaco CA
County/Par/St/Ctry: Kern County CA
Dates Worked: 7/2-4/13, 7/5-14/13, 7/15/13 (1 travel day)
Job Type: Land
Requisitioner: SCasey
Well Name: BL 15 SJ 789 SJ 797

CONSULTANT:: Mike Tompkins
Customer: Chevron
Invoice Number: 178171
Location: Kern River CA
Rig: Nabors 1087

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 15 | 800.00 | 12,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Rental | EA | 1 | 777.21 | 777.21 |
| Fuel for Rental | EA | 1 | 48.78 | 48.78 |
| Fuel for Rental | EA | 1 | 28.41 | 28.41 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 13,204.40 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 13,204.40 USD |

MudTech [Richards] 001699

# INVOICE

**MudTech Services LP**
*1030 Regional Park Dr.*
Houston, TX 77060
281-951-4330

**Inv #:** 22697R
**Date:** July 15, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Michael Tompkins

| | |
|---|---|
| Due Date: 7/15/2014 | Customer ID: M-NTGV001 |
| Terms: | Sales Person: Ron Wolfe |

| | |
|---|---|
| AFE #: UWWNND3006 D01 | Billing Operator: MI Swaco CA |
| CONSULTANT:: Mike Tompkins | County/Par/St/Ctry: Kern County CA |
| Customer: Chevron | Dates Worked: 6/15/14 - 6/30/14 (1 travel, 1 training day) |
| Invoice Number: 215620 | Job Type: Land |
| Location: Kern County CA | Rig: CYM FMF |
| Well Name: Cymric FMF | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 16 | 800.00 | 12,800.00 |
| Per Diem | DAYS | 15 | 25.00 | 375.00 |
| Rental | EA | 1 | 1,102.44 | 1,102.44 |
| Training/Westec | EA | 1 | 30.00 | 30.00 |
| Fuel for Rental | EA | 1 | 53.10 | 53.10 |
| Fuel for Rental | EA | 1 | 58.54 | 58.54 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 14,419.08 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 14,419.08 USD |

MudTech [Richards] 001824



**MudTech Services LP**
1030 Regional Park Dr.
Houston, TX 77060
281-951-4330

# INVOICE

Inv #: 22812
Date: July 31, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Bruce Barnard

| | |
|---|---|
| Due Date: 7/31/2014 | Customer ID: M-NTGV001 |
| Terms: | Sales Person: Ron Wolfe |

Billing Operator: MI Swaco CA
County/Par/St/Ctry: Fresno, Kern Counties CA
Dates Worked: 7/8/14 - 7/31/14 (1 travel day)
Job Type: Land
Well Name: 2-8TI, 7-5TI, 13-6T, 9-2T, Kern River FMF

CONSULTANT:: Bruce Barnard
Customer: Chevron
Invoice Number: 224328
Location: Coalinga, Bakersfield CA

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 25 | 850.00 | 21,250.00 |
| Mileage | MILES | 1378 | 0.52 | 716.56 |
| Per Diem | DAYS | 24 | 25.00 | 600.00 |
| Hotel | EA | 1 | 43.68 | 43.68 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0014696474
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 22,610.24 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 22,610.24 USD |

MudTech [Richard] 003942